# Notice Recipients

District/Off: 0207−8      User: admin      Date Created: 4/12/2023
Case: 8−23−71252−ast      Form ID: 761      Total: 3

**Recipients of Notice of Electronic Filing:**
tr      R Kenneth Barnard, Esq.      rkbesquire@aol.com

                                                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Edgar A Saravia      1586 N Thompson Dr      Bayshore, NY 11706
smg      United States Trustee      Office of the United States Trustee      Long Island Federal Courthouse      560 Federal Plaza      Central Islip, NY 11722−4437

                                                                                                                    TOTAL: 2